**Order entered March 27, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01211-CV

### ENNIS HAYWOOD, Appellant

### V.

### JPACK INVESTMENTS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04786-E**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

This is an appeal from the trial court's September 28, 2017 judgment for possession in a forcible detainer suit. Before the Court is appellee's March 8, 2018 opposed motion to dismiss or, in the alternative, to require additional security. Appellee argues the appeal should be dismissed because appellant has not complied with the Court's directive to file a docketing statement and has not filed his initial brief. If the appeal is not dismissed, appellee argues appellant should be required to post additional security. Appellee notes the trial court set the bond to supersede the judgment at $100 by order signed October 9, 2017 but stated the amount was intended to be merely temporary and would be subject to further hearings. Appellee also notes we stayed the execution of the judgment for possession on October 12, 2017. Appellee

asserts the trial court has refused to hold a hearing to reassess the bond amount because of our order to stay.

We **DENY** appellee's motion. To the extent it seeks dismissal of the appeal, we note the briefing deadlines have not been triggered because the reporter's record has not been filed. To the extent the motion seeks appellant be required to post additional security, we note that our October 12, 2017 order stayed only the efforts to execute on the judgment. Texas Rule of Appellate Procedure 24.3(a)(2) provides that the trial court retains continuing jurisdiction to modify the amount of security required to continue the suspension of judgment. *See* TEX. R. APP. P. 24.3(a)(2).

We note appellant notified the Court on March 20, 2018, that he wishes to proceed without the reporter's record. As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than **April 25, 2018**. We further **ORDER** appellant to file a proper docketing statement with this Court no later than **April 5, 2018**.

/s/    DAVID EVANS
       JUSTICE